IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHARLES NATHAN BLAKE                                         APPELLANT

v.                                              CIVIL ACTION NO. 1:15-cv-00055-GHD

CUSTOM RECYCLING SERVICES, INC.                              APPELLEE

## FINAL JUDGMENT

Pursuant to an opinion issued this day, this Court hereby ORDERS and ADJUDGES that the memorandum opinion [2] and final judgment [3] issued by the Bankruptcy Court on August 25, 2014 are AFFIRMED in all respects.

SO ORDERED AND ADJUDGED, this, 3rd day of November, 2015.

_____
SENIOR U.S. DISTRICT JUDGE